426 A.2d 91

**COMMONWEALTH of Pennsylvania,**

v.

**James E. WATERS, Petitioner.**

Supreme Court of Pennsylvania.

Argued Feb. 23, 1981.

Filed March 17, 1981.

## ORDER

PER CURIAM.

This matter is transferred to the Superior Court for direct review of the present contention of ineffective assistance of counsel.